IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
OCT 14 20..
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DREW DAVID SARRETT, ) <br> ) <br> Defendant. ) | CRIMINAL NO. 1:08CR386 |

## CRIMINAL INFORMATION

### Count One

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 17, 2008, in Loudoun County, Virginia, which is located in the Eastern District of Virginia, the defendant, DREW DAVID SARRETT, on an aircraft in the special aircraft jurisdiction of the United States, namely Taca Flight 590 from San Salvador to Dulles International Airport, did knowingly interfere with the performance of the duties of Josue R., a flight attendant of the aircraft, and lessen the ability of the attendant to perform those duties, by assaulting and intimidating the flight attendant.

(In violation of 49, United States Code, Section 46504.)

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: _/s/_
Benjamin L. Hatch
Assistant United States Attorney